UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A1 IMPORTS AND LIQUOR, INC.,<br>a California Corporation, and Does 1-10,<br><br>　　　　　　Defendants. | Case No. CV 20-00843-AB (JCx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 24, 2020 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE